UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK C. OBAH,

       Plaintiff,

    -v-

EQUILIEM COMPANY, *et al.*,

       Defendants.

23-CV-9600 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

  Plaintiff Patrick C. Obah, proceeding *pro se*, filed this action on October 30, 2023.  (ECF No. 1.)  The Marshal has attempted service on both Defendants, Equiliem Company and Ryan Persichilli, at the address provided by Plaintiff: 213 West 35th Street, 11th Floor, New York, NY 10001.  The Marshal was unable to effect service, however, as it appears that neither Defendant is located at that address.  (ECF Nos. 10, 11.)

  Plaintiff is directed to provide the Court with a new address or addresses to attempt service of Defendants by March 6, 2024.

  The Clerk of Court is directed to mail a copy of this order to Plaintiff at the address designated on ECF.

  SO ORDERED.

Dated: February 7, 2024
   New York, New York

_____
J. PAUL OETKEN
United States District Judge